UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY JUSTIN ILER, an individual,

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company; EQUIFAX INFORMATION SERVICES LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and TRANS UNION LLC, a Delaware limited liability company,

Defendants.

Case No. 1:26-CV-07192-KES-FJS

ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 16)

The court is in receipt of the parties' notice of settlement as to Defendant Trans Union LLC., only (ECF No. 16). *See* L.R. 272. The parties indicate they expect to file a stipulation of dismissal with prejudice as to Trans Union only within forty-five (45) days of this notice. (ECF No. 16 at 1.)

Pursuant to Local Rule 160, the court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b). The parties do not indicate why they require an additional twenty-four (24) days to file a notice of dismissal with prejudice as to Defendant Trans Union. (ECF No. 16 at 1.) The court will

set a deadline for filing dispositional documents that complies with the local rules. If additional time is needed, the parties may submit a motion to extend that proffers good cause.

The parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, dismissal is not dependent on performance but rather settlement of the action.

Accordingly, it is HEREBY ORDERED that:

(1) The parties SHALL file their notice of dismissal as to Defendant Trans Union with prejudice no later than November 10, 2026.

(2) The remaining parties SHALL appear for a mandatory scheduling conference on January 20, 2027, in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer.

IT IS SO ORDERED.

Dated: **October 20, 2026**

UNITED STATES MAGISTRATE JUDGE