UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HENRY JUSTIN ILER,

Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company; EQUIFAX INFORMATION SERVICES LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and TRANS UNION LLC, a Delaware limited liability company,

Defendants.

Case No. 1:26-CV-07192-KES-FJS

ORDER DIRECTING CLERK OF COURT TO ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL OF DEFENDANT TRANS UNION LLC

(ECF No. 20)

On October 29, 2026, Plaintiff Henry Justin Iler filed a notice of voluntary dismissal of Defendant Trans Union LLC only with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 20.) The notice further indicates that each party shall bear its own attorneys' fees and costs as to the claims dismissed. (*Id.* at 1.)

"[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" *Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been

brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." *Commercial Space Mgmt. Co., Inc.*, 193 F.3d at 1078. Under Rule 41(a)(1), a plaintiff may dismiss fewer than all of the defendants. *Wilson*, 111 F.3d at 692.

In this action, Defendant Trans Union LLC has not been served and has not filed an answer or other responsive pleading. (*See* ECF No. 20 at 1.)

Accordingly, the clerk of the court is HEREBY ORDERED to terminate only Defendant Trans Union LLC on the docket. Defendants Portfolio Recovery Associates, LLC, Equifax Information Services, LLC, and Experian Information Solutions, Inc. remain named.

IT IS SO ORDERED.

Dated: **October 30, 2026**

UNITED STATES MAGISTRATE JUDGE